IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRET HAMRICK**                                                                     **PLAINTIFF**

VS.                                  No. 3:25-CV-00048 PSH

**COMMISSIONER,**
    **Social Security Administration**                                 **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 15th day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE