## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRET HAMRICK**                                                                                  **PLAINTIFF**

**VS.**                                     **No. 3:25-cv-00048 PSH**

**Commissioner,**
    **Social Security Administration**                                        **DEFENDANT**

### ORDER

Counsel for plaintiff Bret Hamrick ("Hamrick") filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  Doc. No. 16.  In response, defendant Commissioner of the Social Security Administration ("Commissioner") does not object to the requested EAJA fee of $2,955.70.  Doc. No. 18.

The motion is GRANTED, and the EAJA award in the amount of $2,955.70 is approved.  There is nothing unreasonable about the hours of work performed or the hourly rate requested.  Because the award belongs to Hamrick, and not his attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Hamrick, in care of his attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas address.

IT IS SO ORDERED this 3rd day of December, 2025.

_____

UNITED STATES MAGISTRATE JUDGE